IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TERRANCE A. BARGNARE,**
   Plaintiff,

vs.	Case No. 3:10cv43/MCR/MD

**COUNTY OF SANTA ROSA,**
   Defendant.
_____

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff commenced this action on February 9, 2010 by filing a civil rights complaint.  Plaintiff failed to file a motion for leave to proceed *in forma pauperis* and on February 17, 2010, he was given twenty-eight (28) days in which to do so (doc. 3). Plaintiff responded by filing motions to proceed *in forma pauperis* (docs. 4 & 5).  However, he failed to include a prisoner consent form and was given thirty (30) more days to do so (doc. 6).

After receiving no response from plaintiff, this court entered an order on May 11, 2010 giving plaintiff fourteen (14) days to show why this case should not be dismissed for failure to comply with an order of the court (doc. 7).  To date, plaintiff has failed to comply with this court's orders or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1.	That this case be dismissed without prejudice for failure to prosecute and failure to comply with an order of the court.

2.	That the clerk be directed to close the file.

At Pensacola, Florida, this 9th day of June, 2010.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. *Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control*. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).